JUDGE SWEET 11 CV 3185

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

ROBERT G. LOPEZ, an individual,      )
                                     )
            Plaintiff,               )
                                     )
      v.                             )      Civil Action No.
                                     )
THE GAP INC.,                        )      JURY TRIAL DEMANDED
GAP INTERNATIONAL                    )
SOURCING, INC.,                      )
OLD NAVY, LLC; and                   )
OLD NAVY APPAREL, LLC                )
                                     )
            Defendants.              )

*RECEIVED MAY 11 2011 U.S.D.C. S.D.N.Y. CASHIERS*

## COMPLAINT FOR TRADEMARK INFRINGEMENT,
## UNFAIR COMPETITION AND RELATED CLAIMS

Plaintiff, Robert G. Lopez, alleges his complaint against defendants, The Gap, Inc., Gap International Sourcing, Inc.; Old Navy, LLC and Old Navy Apparel, LLC as follows:

## NATURE OF THE ACTION

1.      This action arises from Defendants' infringement of Plaintiff's "ownership" and "use" rights in the mark LOWER EAST SIDE™, in conjunction with clothing, namely t-shirts. Despite Plaintiff being the registered owner of the trademark LOWER EAST SIDE™ and offering various clothing items under such brand name, the defendants' have infringed Plaintiff's rights in the LOWER EAST SIDE™ mark by selling, offering for sale and advertising t-shirts under Plaintiff's trademark. Plaintiff has already experienced "actual confusion" in connection with this matter and is likely to continue to experience confusion as to the affiliation or connection between the Defendants' and Plaintiff resulting in the unjust enrichment of Defendants' by using Plaintiff's registered trademark.

## JURISDICTION AND VENUE

2.      This Court has jurisdiction over this action pursuant to 15 U.S.C. §1051 *et seq.*, 15 U.S.C. Sections 1114-1116; under Section 43(a) of the Trademark Act, 15 U.S.C. §1125(a) and Section 43(c) of the Trademark Act, 15 U.S.C. §1125(c).

3.      This Court has personal jurisdiction over the defendants' because defendants are either corporations registered with the NYS Department of State Division of Corporations (**See Exhibit A**) and/or because defendants' engage in continuous and significant business activities in, and directed to the State of New York within this judicial district, and because defendants' have committed tortuous acts aimed at and causing harm within the State of New York and this judicial district.

4.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c) because it is where Plaintiff resides and the defendants' transact business and/or maintain an office or business location in this district, and because a substantial portion of the events giving rise to the asserted claims have occurred, and continue to occur, within this district. Furthermore, the damage to Plaintiff and its intellectual property described herein continues to occur in this judicial district.

## THE PARTIES

5.      Plaintiff, Robert G. Lopez is an individual residing at 230 Clinton Street, Apt. #11C, New York, NY 10002.

6.      Upon information and belief, Defendant The Gap, Inc. is a Delaware corporation with a principal place of business at 2 Folsom Street, San Francisco, California 94105.

7.      Upon information and belief, Defendant Gap International Sourcing, Inc. is a California corporation with a principal place of business at 2 Folsom Street, San Francisco, California 94105.

8.      Upon information and belief, Defendant Old Navy, LLC is a Delaware Limited Liability Company with an address at 2 Folsom Street, San Francisco, California 94105.

9.      Upon information and belief, Defendant Old Navy Apparel, LLC is a California Limited Liability Company with an address at 2 Folsom Street, San Francisco, California 94105.

## FACTS

10.     Since at least as early as 1997, Plaintiff Robert G. Lopez has been selling t-shirts, sweaters, hooded sweatshirts and other clothing items under the LOWER EAST SIDE™ brand name.

11.     Since at least as early as 1999, Plaintiff has been independently operating a clothing business under the trade name L.E.S. CLOTHING CO.™, which has sold t-shirts, sweaters, hooded sweatshirts and other related clothing items under the marks LOWER EAST SIDE™ and LES NYC™.

12.     In addition to selling and offering for sale clothing items under the LOWER EAST SIDE™ and LES NYC™ brand names, Plaintiff has also continuously sold and offered for sale various clothing items including t-shirts which bear the LOWER EAST SIDE™ mark in various fonts and design styles which are prominently displayed on the front and/or back of the t-shirts and/or sweaters.  **(See Exhibit B)**.

13.     Plaintiff sells, and promotes the sale of his LOWER EAST SIDE™ clothing via his website www.lesclothing.com, through order forms, and his t-shirts and sweaters are also available for sale in several retail locations in Lower Manhattan.  **(See Exhibit C)**.

14.     Plaintiff advertises his LOWER EAST SIDE™ brand and clothing items through flyers, posters, stickers and through grass root street marketing methods such as painted "street murals."  Plaintiff also regularly conducts photo shoots of customers who purchase his LOWER

EAST SIDE™ clothing items to be included in magazine advertisements and marketing materials. **(See Exhibit D)**.

15.     Plaintiff's LOWER EAST SIDE™ clothing items have been featured in several music videos and one of Plaintiff's LOWER EAST SIDE™ mural's has been exhibited in an art museum in England.

16.     Plaintiff is the registered owner of New York State Trademark Registration No. R31067 for the mark LOWER EAST SIDE™.  **(See Exhibit E)**.

17.     Plaintiff is informed and believes and thereon alleges that Defendants collectively and in conjunction with each other have introduced and are marketing, selling, offering for sale and distributing clothing under the mark LOWER EAST SIDE.

18.     In April of 2011, Plaintiff was contacted by one of his customer's and was asked if he was affiliated or behind the LOWER EAST SIDE™ T-Shirt that was being sold by Defendants'. Upon further investigating this matter, Plaintiff learned that the defendants' were in fact selling LOWER EAST SIDE™ t-shirts via the website www.oldnavy.gap.com.   **(See Exhibit F)**.

**FIRST CAUSE OF ACTION**
**TRADEMARK INFRINGEMENT (15 U.S.C. §§ 1114-1116)**

19.     Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 18 of this Complaint.

20.     The use in commerce by Defendants of an identical and slightly identical version of Plaintiff's registered trademark is likely to cause confusion, mistake and deception among members of the public and in trade as to the source, origin, or sponsorship of defendants' goods and services. Such use by defendants constitutes a clear and direct infringement of Plaintiff's rights in and to Plaintiff's registered trademark, and has resulted in injury and damage to Plaintiff

4

that will continue if defendants are not ordered to cease all use of the LOWER EAST SIDE™ mark.

## SECOND CAUSE OF ACTION
## UNFAIR COMPETITION & FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(a)

21.     Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 20 of this Complaint.

22.     Plaintiff has the exclusive right to market, brand and provide clothing related goods using the LOWER EAST SIDE™ mark.

23.     Defendants by reason of the aforementioned acts, have falsely described, represented and designated the origin of its goods and services.  Defendants' activities already have confused the public into believing that defendants and Plaintiff's clothing goods and accessories come from one and the same source, and defendants continued activities are likely to create further confusion and deceive the public concerning the source of the goods/services.

24.     Defendants have unfairly profited from the actions alleged herein and will continue to unfairly profit and become unjustly enriched unless and until such conduct is enjoined by this Court.

25.     By reason of Defendants willful acts conducted in conscious disregard for Plaintiff's rights, Plaintiff is entitled to treble damages under 15 U.S.C. § 1117(a).

## THIRD CAUSE OF ACTION
## COMMON LAW TRADEMARK INFRINGEMENT & UNFAIR COMPETITION

26.     Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 25 of this Complaint.

27.    Defendants conduct constitutes deception by which Defendants' goods will be palmed off as those of Plaintiff.  Such conduct constitutes trademark infringement and unfair competition in violation of the laws of the State of New York.

28.    Defendants unauthorized use of Plaintiff's LOWER EAST SIDE mark is likely to continue to cause further confusion to the public as to the clothing goods and accessories of the respective parties.

29.    By reason of the foregoing, Defendants have infringed and continue to infringe on Plaintiff's common law rights in the LOWER EAST SIDE™ mark and defendants have become unjustly enriched by such acts of infringement.

30.    Defendants unlawful conduct has been and will continue to be willful or willfully blind to Plaintiff's rights, as Defendants have reason to know of Plaintiff's rights.

## FOURTH CAUSE OF ACTION
## UNJUST ENRICHMENT

31.    Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 30 of this Complaint.

32.    Defendants have unjustly retained profits from the sale of clothing goods and accessories bearing Plaintiff's LOWER EAST SIDE™ mark.

33.    Defendants actions constitute unjust enrichment.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for relief as follows:

1.    Entry of an order and judgment requiring that all defendants, their subsidiaries, officers, agents, servants, employees, owners, and representatives, and all other persons or

entities in active concert or participation with them, be preliminarily and, thereafter, permanently enjoined and restrained from (a) using in any manner the trade name, trademark, domain name or other indicia or origin, including in whole or part the term LOWER EAST SIDE™, or any colorable imitation thereof; (b) advertising, operating a website, using business stationary or offering any goods or services using the trade name, trademark, domain name, URL, or any other indicia of origin including in whole or part the term LOWER EAST SIDE™, or any colorable imitation thereof; (c) otherwise engaging in any acts of unfair competition and infringement which tend to injure Plaintiff's rights in the LOWER EAST SIDE mark.

2.     That Defendants be required to account to Plaintiff for any and all profits derived by it, and to compensate Plaintiff for all the damages sustained by reason of the acts complained of herein, and that the damages herein be trebled pursuant to the Trademark Act.

3.     That Defendants be ordered to deliver up for destruction any and all infringing materials bearing the LOWER EAST SIDE™ mark, and any colorable imitation thereof, in whole or part.

4.     That Plaintiff be awarded punitive damages.

5.     That Defendants be required to place advertisements or send notifications to past and present customers that it improperly has been using the LOWER EAST SIDE™ mark.

6.     That Plaintiff be awarded the cost and disbursements of this action.

7.     That Plaintiff have such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury as to all issues.


Dated: May 11, 2011
      New York, NY

Respectfully submitted,
Robert G. Lopez – Pro Se

Robert G. Lopez
Pro Se Plaintiff
230 Clinton Street – Apt. #11C
New York, New York 10002
(917) 868-1698

**EXHIBIT A**

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through May 9, 2011.

Selected Entity Name: THE GAP, INC.
Selected Entity Status Information

**Current Entity Name:** THE GAP, INC.
**Initial DOS Filing Date:** JUNE 27, 1988
**County:** NEW YORK
**Jurisdiction:** DELAWARE
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**Chairman or Chief Executive Officer**

GLENN MURPHY
2 FOLSOM STREET
SAN FRANCISCO, CALIFORNIA, 94105

**Principal Executive Office**

THE GAP, INC.
2 FOLSOM STREET
SAN FRANCISCO, CALIFORNIA, 94105

**Registered Agent**

C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

This office does not record information regarding
the names and addresses of officers, shareholders or
directors of nonprofessional corporations except the
chief executive officer, if provided, which would be
listed above. Professional corporations must include
the name(s) and address(es) of the initial officers,

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through May 9, 2011.

Selected Entity Name: GAP INTERNATIONAL SOURCING, INC.

Selected Entity Status Information

**Current Entity Name:** GAP INTERNATIONAL SOURCING, INC.

**Initial DOS Filing Date:** JANUARY 29, 2009

**County:** NEW YORK

**Jurisdiction:** CALIFORNIA

**Entity Type:** FOREIGN BUSINESS CORPORATION

**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

C/O CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**Chairman or Chief Executive Officer**

GLENN MURPHY
2 FOLSOM STREET
SAN FRANCISCO, CALIFORNIA, 94105

**Principal Executive Office**

ATTN: BUSINESS LICENSE DEPT
40 FIRST PLAZA CTR NW
ALBUQUERQUE, NEW MEXICO, 87102

**Registered Agent**

CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

This office does not record information regarding
the names and addresses of officers, shareholders or
directors of nonprofessional corporations except the
chief executive officer, if provided, which would be
listed above. Professional corporations must include
the name(s) and address(es) of the initial officers,

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through May 9, 2011.

Selected Entity Name: OLD NAVY, LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | OLD NAVY, LLC |
| **Initial DOS Filing Date:** | FEBRUARY 19, 2004 |
| **County:** | ALBANY |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**Registered Agent**

C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

**EXHIBIT B**






**EXHIBIT C**




Introducing the Nexus S

Google

Ads by Google



**L.E.S CLOTHING CO.™**

"REP YA HOOD WITH AN EXCLUSIVE LOWER EAST SIDE T-SHIRT"

Male
101 years old
NEW YORK, New York
United States

▶ Online Now!

Last Login:
12/15/2010

View My: Pics | Videos | Playlists

**Contacting L.E.S CLOTHING CO.™**

| | |
|---|---|
| Send Message | Forward to Friend |
| Add to Friends | Add to Favorites |
| IM / Call | Block User |
| Add to Group | Rank User |

Myspace URL:
www.myspace.com/globalgclothing



**L.E.S CLOTHING CO.™'s Interests**

General



FOR ORDERS OR OTHER INFO EMAIL LESCLOTHING@GMAIL.COM OR CALL (917)515-9333...WE WILL PERSONALLY DELIVER ANY OF OUR LOWER EAST SIDE T SHIRTS TO ANY LOCATION ON THE L.E.S. WE HAVE A LARGE VARIETY OF SIZES AND COLORS CURRENTLY AVAILABLE: S,M,L,XL,2X,3X,4X and 5X...

Music

DOWN BOTTOM DVD TRAILER COMMERCIAL



**L.E.S CLOTHING CO.™ GOT THEM WHITE/RED/BLUE LES TEES FOR THE FESTIVAL N PR PARADE...HOLLA @ YA BOY!!!**
2:22 PM Jun 11

view more

L.E.S CLOTHING CO.™'s Latest Blog Entry  [Subscribe to this Blog]

Fokis reps that LES set on HipHopGame.Com  (view more)

[View All Blog Entries]

**L.E.S CLOTHING CO.™'s Blurbs**

About me:

Rep Your Hood with an exclusive LOWER EAST SIDE t-shirt available from L.E.S. Clothing Co.™. We have a wide variety of LOWER EAST SIDE™ designs including LES NYC™, ALPHABET CITY™, THE LOWER™, THE 6 BORO™, etc.

For orders please call (800) 495-1539 or email us at lesclothing@gmail.com.



Who I'd like to meet:







Movies

Books



Heroes

NEW VIDEO "READY TO RIDE"

BY EASY & TRIPLE THREAT

PROD.BY MEC-ONE

DIR.BY BIG SKILLY



"Ready To Ride" (HD) Video

▶ ◀◀ 0.00 / 5:14

G3D

Jun 11 2010 2:19 PM
Comment Back - Send Message - Block User

Sham Da God



slide

▲ Make Your Own
▲ View All Images





SHAM DA GOD "8 STRIP"

DAT 5 STAR CHICK □□□ **May 5 2010 1:17 PM**
□□      Comment Back - Send Message - Block
        User



What's good homie holla at me I need some
new giddy-up 4 da summer time :)

"J.ONE&ONLY"    **Feb 16 2010 12:00 PM**
                Comment Back - Send Message - Block
                User



L.E.S STAND THE FUK UP



▶ ◀|  0:00 / 0:00 🔊

LIMITED EDITION    **Jan 12 2010 12:54 PM**
SWAG/ JCONNECTS    Comment Back - Send Message - Block
                   User



HEY WHATS GOIN ON ...

JUS SLIDIN THRU TO BRING SUM OFFFICIAL...
***DINERO EL DON***
LOVE TO YOUR PAGE...

HOPE ALL IS WELL...ENJOY YOUR WEEK AND
GOD BLESS..

YA TU SABES/L.E.S/DINERO

AIM FLOW: DINERO51631
TWITTER @DINEROELDON
FACEBOOK: DONDINERO51631@GMAIL.COM

onlyijones    **Dec 8 2009 12:35 PM**
              Comment Back - Send Message - Block
              User









DOWN BOTTOM DVD B-JON.

DOWN BOTTOM

▶ ◀◀ 0:00 / 2:25 ⏱



**Six Lowa**    **Oct 7 2009 12:39 PM**
Comment Back - Send Message - Block
User



**Six Lowa**    **Aug 11 2009 2:16 PM**
Comment Back - Send Message - Block
User

Hey Whats Goody?



**Jhoodz |@JhoodzRT**    **Apr 29 2009 10:57 AM**
Comment Back - Send Message - Block
User



big ups to L.E.S CLOTHING CO!!

LOVING THE SHIRTS!!

**Twitter.com/DJ_Juneroc**    **Mar 25 2009 10:46 AM**
**k**    Comment Back - Send Message - Block
User



thanks 4 the add!!! 6th boro Lowa Deck for
life.. L

**JIMMY**    **Mar 3 2009 10:22 PM**
Comment Back - Send Message - Block
User







LOWER EAST SIDE T
SHIRTS...COP YOURS NOW!!!
THE T-SHIRTS BELOW
ARE AVAILABLE IN MORE
COLORS THEN ARE SHOWN ON
THIS PAGE...FOR ADDITIONAL
INFORMATION YOU CAN CALL
US AT (800) 495-1539 OR
EMAIL US AT
LESCLOTHING@GMAIL.COM



Sizes
Small

**Buy Now**





Papi Shank LIVE on the Bochinche

FREE
WallPapers & SK
MySpace.com/PapiShan

00:00 / 10:00

NOW SPREAD THE WORD:

Rappers, Singers, Producers
want to be feat. on
"LOG ON" vol.2?
*CLICK HERE*

*NEED AN EXCLUSIVE MYSPACE LAYOUT?*
*CLICK HERE*

Looking for EXPOSURE and/or some EXTRA
CASH?
*CLICK HERE*



Please vote for Jayden
and Mikaila see my
profile



**Jan 18 2009 4:43 PM**
Comment Back - Send Message - Block
User



Visit MyCoolEspacio. com

♥Carmen♥



**Jan 5 2009 8:21 PM**
Comment Back - Send Message - Block
User

L.E.S CLOTHING CO. on Myspace



Sizes
Small

**Buy Now**



Sizes
Small

**Buy Now**





MYHOTCOMMENTS.COM
**MyHotComments** thank you for adding me
as a friend

Evan ( LES)



**Dec 4 2008 8:54 PM**
Comment Back - Send Message - Block
User

You already know that the nigga's from the
hood gotta get some love and ou already know
that if the did accepted those L.E.S. gear up
here I would of been rockin it to the fullest.
You heard!! Representing the Lower hard
body.Stay up!

Durte Rebelz LLC



**Nov 29 2008 12:04 PM**
Comment Back - Send Message - Block
User

To view all recent works click -->pics<----
ALL RECENT ARTWORK

Things to have ready:
Design info
Email (for sending the contract)
Contact email or phone number





The power to be great
exists within us all...

DAT 5 STAR CHICK □□□
□□


**Nov 27 2008 4:06 PM**
Comment Back - Send Message - Block
User

Happy thanksgiving!!!!

B.A.D


**Nov 24 2008 1:05 AM**
Comment Back - Send Message - Block
User

WHAT IT DO ROB JUST SHOWING YOUR PAGE
SOME L.E.S GANGSTA LOVE L.E.S UP!!!!!

Case 1:11-cv-03185-RAE   Document 1   Filed 05/11/11   Page 25 of 37



Sizes
Small

....Buy Now....

**L.E.S CLOTHING CO.™'s Details**

| | |
|---|---|
| Status: | Married |
| Hometown: | Lower East Side |
| Zodiac Sign: | Taurus |
| Children: | Proud parent |
| Education: | College graduate |

PAGE IS DONE! NO
REQUESTS PLZ!





**Nov 7 2008 12:22 PM**
Comment Back - Send Message - Block
User



This image or
video violated our
terms of use

photobucket

MySpace Comments & MySpace Layouts

**Nov 2 2008 11:08 AM**
Comment Back - Send Message - Block
User

Evan ( LES)



A-yo What's good. That sweater is official.
Repping that lower deck hard body. That's
what it do.Just stopping by to show some luv &
respect!! Holla!

Durty Rob

**Oct 22 2008 2:51 PM**
Comment Back - Send Message - Block
User



What up my brother Trade Mark Rob, It'z
getting frio out there, I need a hoody what's
goody? (lmao) Yo let me know when you get
some more of those champions with the zipper,
I need a black one kidco, Peace

Case 1:11-cv-03185-RAE   Document 1   Filed 05/11/11   Page 26 of 37



O g Z

**Oct 14 2008 11:14 AM**
**Comment Back - Send Message - Block**
**User**

whats good my dude!

http://www.myspace.com/215330424/classic

# LOWER EAST SIDE ™

**REPRESENT YA HOOD WITH A CUSTOM "LOWER EAST SIDE™" T-SHIRT**
**L.E.S. Clothing Co.™**



**$19.99**
**SIZES CURRENTLY AVAILABLE: XL, 2X, 3X, 4X**
**PHONE ORDERS (646) 651-0350**

SHIP MY ORDER TO:

First Name: _____       Size # _____

Last Name: _____       Quantity: _____

Address: _____

City: _____       State: _____       Zip: _____

Order by certified check or money order payable to: Robert G. Lopez, 230 Clinton Street #11C, New York, NY 10002
Send $19.99 + $3.95 S&H per T-shirt; Allow 2 weeks for delivery
For Wholesale Orders email: grobertlopez@aol.com

**EXHIBIT D**













**EXHIBIT E**

# New York State Department of State
## Certificate of Trademark Registration

I Daniel E. Shapiro, Special Deputy Secretary of State, do certify that the Trademark described below and depicted on the attached copy has been duly registered in this Department pursuant to Article 24 of the General Business Law. This registration will remain in force for TEN years from the Date of Registration.

**Registration Date:** 06/06/07

**Registration Number:** R31067

**Applicant:**
**ROBERT G. LOPEZ**
230 CLINTON STREET APT. #11C
NEW YORK    NY    10002-

**State of Incorporation or Partnership Organization:**

**Class Numbers:** 25

**Date First Used in NYS:** 12/1999

**Date First Used Anywhere** 12/1999

**Trademark Description:**
LOWER EAST SIDE

The mark is comprised of the words "Lower East Side" In stylized letters with an underline and overline.

**Description of Goods:** Clothing, namely, T-shirts, Hooded Sweatshirts, Vest, Hats and Caps as adopted from the USPTO.

**WITNESS** my hand and the seal of the State of New York In the City of Albany on this:

Thursday, August 16, 2007

by:



**Special Deputy Secretary of State**

DOS-690 (Rev. 3/01)

**EXHIBIT F**

Men's "Lower East Side Sports Club" Tees | Old Navy

- Pants
- Polos
- Shirts
- Shorts
- Sweaters
- Swim
- Tees
- **Shop Accessories**
- Belts & Hats
- Shoes & Socks
- Sleepwear
- Underwear
- 
- GiftCards

## Main Content



Men's "Lower East Side Sports Club" Tees

Rated 4.5 stars  Based on **2 ratings**

Join the club! Vintage varsity-style graphics make this soft jersey tee the epitome of East Coast-cool.

- • **regular** • big • tall

Color: **Ink Blue**          #838314
~~$14.50~~ $7.99          Prices may vary

Ink Blue product imagePining Away product image

Size:
S M Select size SSelect size MSize L
L currently not availableSelect size XL
XL

| Quantity | Ink Blue |
|---|---|
| 1 | ~~$14.50~~ $7.99 |

ABOUT THIS PRODUCT

**fabric & care**

- 100% cotton
- Machine wash.
- Imported.

**overview**

- Rib-knit crew neck
- Distressed "Lower East Side Sports Club" graphic across chest
- Tag-free for added comfort
- Pieced trim inside neck and shoulders for added durability
- Soft medium-weight jersey

**fit & sizing**

review summary

Rated 4.5 stars
Based on **2 ratings**

**Overall size:** 2 of 2 say true to size
**Sleeves:** 2 of 2 say as expected
**Length:** 2 of 2 say as expected
**Chest:** 2 of 2 say true to size
**Shoulders:** 2 of 2 say true to size

Write a review | See all reviews