# MANDATE

## UNITED STATES COURT OF APPEALS
### for the
### SECOND CIRCUIT

N.Y.S.D. Case #
11-cv-3185(PAE)

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 14th day of September, two thousand and twelve,

_____

Robert G. Lopez,

Plaintiff - Appellant,

v.

Gap, Incorporated, Gap International Sourcing, Incorporated, Old Navy, LLC., Old Navy Apparel, LLC,

Defendants - Appellees.

_____

**ORDER**
Docket Number: 12-3643

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __November 14, 2012__
```

A notice of appeal was filed on August 30, 2012. The filing fee of $455.00 was due to be paid to the district court by August 30, 2012. The case is deemed in default.

Instructions for moving for *in forma pauperis* status are provided in the Court's instructions entitled "*How to Appeal a Civil Case in the United States Court of Appeals for the Second Circuit*". The manual and the forms required to file the motion were mailed to appellant at the beginning of the case. They are also available on the Court's website www.ca2.uscourts.gov.

IT IS HEREBY ORDERED that the appeal is dismissed effective October 05, 2012 unless by that date appellant either pays the fee in full, moves for *in forma pauperis* status in district court or, if district court has denied *in forma pauperis* status, moves in this Court for *in forma pauperis* status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

## MANDATE ISSUED ON 11/14/2012